LACLARE L. WELSH, APPELLANT, v. CLYDE POTTS ET AL.,
RESPONDENTS.

Argued December 7, 1923—Decided April 11, 1924.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 630, *sub nom. Welsh* v. *Morristown.*

For the appellant, *Congleton, Stallman & Hoover.*

For the respondents, *Nathaniel C. Toms* and *Conover English.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, MINTURN, KALISCH, BLACK, CAMPBELL, GARDNER, VAN BUSKIRK, JJ.   7.

*For reversal*—KATZENBACH, CLARK, JJ.   2.